October 25, 2015          24, 465-05

To: Mr. Abel Acosta, Clerk
    Court of Criminal Appeals of Texas
    P.O. Box 12308, Capital Station
    Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 29 2015
Abel Acosta, Clerk

Re: Filing Writ of Mandamus

This document contains some
pages that are of poor quality
at the time of imaging.

Dear Sir,

        Enclosed for filing with the Court, Relator's
Writ of Mandamus. Thanks for your attention."

                    Sincerely,

                    Jenn Earl Wright
                    TDCJ-ID No. 332657
                    Estelle Unit
                    264 FM 3478
                    Huntsville, Tex. 77320

| | |
|---|---|
| LENN EARL WRIGHT | IN THE COURT OF CRIMINAL |
| AKA LYNN EARL WRIGHT | |
| TDCJ-ID #332654 | APPEALS OF TEXAS |
| RELATOR, | |
| | |
| V.S. | |
| | |
| LINDA HOLMAN, DISTRICT CLERK | |
| IN HER OFFICIAL CAPACITY | |
| RESPONDENT, | |

## WRIT OF MANDAMUS

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, LENN EARL, RELATOR, in the above styled cause, files His Writ of Mandamus pursuant to the provision of the Texas Constitution and Texas Government Code. The RELATOR seeks an act to be compelled, He has no other adequate remedy at law. The RELATOR therefore moves this Honorable Court to show the following:

### I.

The RELATOR resides at the Estelle Unit, 264 FM 3478, Huntsville, Texas 77320, He was convicted as a result of a State Court's Judgment. The RELATOR has minsterial duty, opposed

to Discretionary, and this Honorable Court is Vested with the Constitutional Authority to Issue a Writ of Mandamus, an Injuction, or other Compulsory Writ of process, against Officers of the Executive Department of this State, to order, or compel the performance of a Judicial act by law. Art. 5, Sections 3-b, 3-c, 5, Tex. Const.

## II.

The Respondent has Violated a Ministerial duty, which is Not Discretionary in Nature, as a result Respondent's acts constitutes a abuse of discretion, and the RELATOR has No other adequate remedy at law. DeLeon V. District Clerk, 187 S.W. 2d 473; and Martin V. Hamlin, 25 S.W. 2d 718.

## III.

The RELATOR asserts that on 9-9-15, He filed His "Application for Writ of Habeas Corpus and Brief in Support" with the 25th Judicial District Court of Colorado County, Texas, alleging One (1) ground of error that "The Trial Court Did Not Correctly Advise The Applicant of His Right To Appeal From The Final Judgment In Breach of Tex. Code Crim. P., Art. 44.02." And on 9-17-15, the Attorney for the State Filed the State's Answer in Opposition to the Applicant's Writ with the Trial Court, and on approximately 9-28-15, the Applicant filed a "Motion for Extension of Time To Respond To State's Answer." The RELATOR contends that He has a Constitutional Right for His "Motion for Extension of Time" to be heard by the Trial Court of jurisdiction.

and the Respondent abuse her discretion by not presenting said "Motion" to the Trial Court to be heard, which is prohibited by the Tex. Const., and Tex. Gov't Code Sections 22.001, 22.002.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES, CONSIDERED, RELATOR, LENN EARL WRIGHT, Pro-se, urges the Honorable Court to GRANT His Writ of Mandamus, to find that Respondent's acts constitutes an abuse of discretion, and Compel Respondent to present His "Motion For Extension of Time" back to the Trial Court of Jurisdiction to be heard. It is so prayed for.

Respectfully submitted

Lenn Earl Wright

Lenn Earl Wright

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing, RELATOR's Writ of Mandamus has been served by placing same in the United States Mail on this 25 day of October, 2015, addressed to

Linda Holman
Colorado County District Clerk
400 Spring St. Room 103
Columbus, Texas 78934

Lenn Earl Wright

Lenn Earl Wright